[No. 5508-6-III.   Division Three.   June 28, 1983.]

*In the Matter of the Marriage of* SUZANNE M.
WALLACE, *Appellant, and* DENNIS M.
WALLACE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-05406-7, B. J. McLean, J. Pro Tem., entered November 16, 1982. *Reversed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Munson, J.

[No. 5746-8-II.   Division Two.   June 29, 1983.]

JERALD E. SCOFIELD, ET AL, *Respondents*, v. ROBERT
CARLSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 238975, William L. Brown, Jr., J., entered July 10, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5849-9-II.   Division Two.   June 29, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER
ALLEN SLEAD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58893, James V. Ramsdell, J., entered September 24, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.